No. 650. MARTIN *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. *W. Walters Miller* for petitioner. *Paul Klasen* for respondent.

No. 673. BROCKER *v.* BROCKER. Sup. Ct. Pa. Certiorari denied. *Armand I. Robinson* for petitioner. *John Murrin* for respondent.

No. 778. KENT *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Julius L. Sherwin* and *Theodore R. Sherwin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 783. D. C. TRANSIT SYSTEM, INC. *v.* WILLIAMS ET AL. C. A. D. C. Cir. Certiorari denied. *Harvey M. Spear, Leon G. R. Spoliansky,* and *Edmund L. Jones* for petitioner. *Leonard N. Bebchick, pro se,* and for Williams et al., and *Russell W. Cunningham* for Washington Metropolitan Area Transit Commission, respondents.

No. 824. LYONS ET AL. *v.* DAVOREN, SECRETARY OF STATE OF MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied. *Elliot L. Richardson,* Attorney General of Massachusetts, *pro se, Alan J. Dimond,* Assistant Attorney General, and *Mark L. Cohen,* Deputy Assistant Attorney General, for respondents.

No. 826. MARIANI *v.* FOLEY, U. S. DISTRICT JUDGE. C. A. 2d Cir. Certiorari denied. *Leonard Litz* for petitioner. *Solicitor General Griswold* for respondent.